UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILLIAN J. TOCCO,

    Plaintiff(s),

v.

Case No. 05-73963

HONORABLE AVERN COHN

ARGENT MORTGAGE CO., LLC, et al,

    Defendant(s).
_____/

## JUDGMENT

For the reasons stated in the Court's Memorandum and Order entered and filed on this date, **Defendant Access Mortgage and Financial Corporation's** Motion for Summary Judgment is **GRANTED**, Defendant **H. James White's** Motion for Summary Judgment is **GRANTED** and **Deutsche Bank National Trust Company's** Motion for Summary Judgment is **GRANTED**. Judgment is entered in favor of defendants Access Mortgage and Financial Corporation, H. James White and Deutsche Bank National Trust Company only.

DAVID WEAVER

Dated: January 18, 2007    By: s/ Julie Owens
        Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the parties of record on this date, January 18, 2007, by electronic and/or ordinary mail.

    s/Julie Owens
    Case Manager, (313) 234-5160