UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LILLIAN J. TOCCO,

    Plaintiff,

-vs-

Case No. 05-73963
Hon. AVERN COHN

ARGENT MORTGAGE COMPANY, LLC, a
Delaware Corporation, AMC MORTGAGE
SERVICES f/k/a AMERIQUEST MORTGAGE
COMPANY, a Delaware Corporation, and
RYAN PHILLIPS, Jointly and Severally,

    Defendants.
_____/

## **ORDER DENYING PLAINTIFF'S MOTION TO AMEND SETTLEMENT AGREEMENT**

Before the Court is plaintiff's Motion To Amend Settlement Agreement. The motion asks the Court to amend the settlement agreement reflected in the Order Resolving All Issues Between Plaintiff And Remaining Defendants, Dismissing All Remaining Counts In The Complaint, With Prejudice, And Retention Of Jurisdiction To Carry Out This Order entered June 29, 2007.

Also on March 10, 2008, the Court entered an order stating

> IT IS HEREBY ORDERED that the motion is GRANTED. The plaintiff must obtain and close the mortgage on or before June 11, 2008.
>
> IT IS FURTHER ORDERED that the plaintiff provide to the defendants' counsel a commitment to fund from the lender of the mortgage within fourteen days of this order.
>
> IT IS FURTHER ORDERED that no further extensions in this matters will be granted.

Because of the foregoing orders, the Court has no authority to take any further action in this case. The motion is DENIED.

SO ORDERED.

                                               s/Avern Cohn  
                                               AVERN COHN  
                                               UNITED STATES DISTRICT JUDGE

Dated: June 11, 2008

I hereby certify that a copy of the foregoing document was mailed to Lillian Tocco, 11206 Coolidge Road, Goodrich, MI 48438 the attorneys of record on this date, June 11, 2008, by electronic and/or ordinary mail.

                                               s/Julie Owens  
                                               Case Manager, (313) 234-5160